I need To know when yall make the chooser and my cases writ No W10-58048-N (A)
writ No C-213-010345-1204442-A
on ~~when~~ what date

Richard Nash # 1801411 TDCJ
D.o.B 9.27-81

80,5+6-13,14

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk